UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

NICOLE BELL,

                Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The change-of-plea hearing in this matter scheduled for December 15, 2021 is adjourned to **December 16, 2021 at 12:15 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 14, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge