UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>NICOLE BELL,<br><br>      Defendant. | **ORDER**<br><br>21 Cr. 145 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

  The sentencing of Defendant Nicole Bell will take place on **April 22, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

  Any sentencing submissions on behalf of the Defendant are due by **April 1, 2022**.

The Government's sentencing submission is due by **April 8, 2022.**

Dated: New York, New York
   December 21, 2021

                   SO ORDERED.

                   *Paul G. Gardephe*

                   Paul G. Gardephe
                   United States District Judge