UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

NICOLE BELL,

                Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing of Defendant Nicole Bell – currently scheduled for April 22, 2022 – is adjourned to **May 10, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge